■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT DI DONATO, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered January 27, 1983, convicting him of attempted robbery in the second degree, upon his plea of guilty, and

imposing sentence. ¶ Judgment affirmed (see *People v Murello,* 39 NY2d 879). Mollen, P. J., Thompson, Rubin and Lawrence, JJ., concur.